IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIEDLING VAUGHN KIMERY,**  **PLAINTIFF**
**ADC # 133741**

v.  Case No. 4:24-cv-00283-JM

**DEXTER PAYNE,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE